# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
California Vending ) ASBCA No. 61024
)
Under Contract No. IRW 14-374 )

APPEARANCE FOR THE APPELLANT:     Mr. James Aspinall
                                  Owner

APPEARANCES FOR THE GOVERNMENT:   Raymond M. Saunders, Esq.
                                  Army Chief Trial Attorney
                                  MAJ Deirdre K. Baker, JA
                                  Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 28 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61024, Appeal of California Vending, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals